IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.D. ALBERTON & MARK C. KESSLER | : | CIVIL ACTION NO. 06-3755 |
| Plaintiffs, | : | |
| v. | : | |
| COMMONWEALTH LAND TITLE INSURANCE CO. | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW,** this **17th day of March 2010,** it is hereby **ORDERED** that Plaintiffs' Proposed Class Notice Plan (doc. no. 220) is **APPROVED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**