```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


A.D. ALBERTON &                 :    CIVIL ACTION
MARK C. KESSLER                 :    NO. 06-3755
                                :
     Plaintiffs,                :
                                :
          v.                    :
                                :
COMMONWEALTH LAND TITLE         :
INSURANCE CO.                   :
                                :
     Defendant.                 :
```

# O R D E R

**AND NOW**, this **24th** day of **April, 2014,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Decertify the Two Certified Subclasses (ECF No. 278) is **GRANTED**;

(2) Defendant's Motion for Summary Judgment (ECF No. 279) is **DENIED:**

    (a) Defendant's motion as against the class is **DENIED as moot;**

    (b) Defendant's motion as against the two named plaintiffs is **DENIED without prejudice;** and

(3)  Plaintiff's Motion for Partial Summary Judgment (ECF No. 280) is **DENIED as moot.**

**IT IS SO ORDERED.**

<u>**/s/ Eduardo C. Robreno**</u>
**EDUARDO C. ROBRENO,   J.**